**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MARINER HEALTH CENTRAL, INC., *et al.*,[1] | Case No. 22-10877 (LSS) |
| Debtors. | (Jointly Administered) |
| MARINER HEALTH CENTRAL, INC., PARKVIEW HOLDING COMPANY GP, LLC, AND PARKVIEW OPERATING COMPANY, LP, | Adv. Proc. No. 22-50419 (LSS) |
| Plaintiffs. | |
| v. | |
| UNITED STATES OF AMERICA *ex rel.* INTEGRA MED ANALYTICS LLC, | |
| Defendant. | |

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| | |
|---|---|
| Address of Clerk: | United States Bankruptcy Court<br>824 Market Street, 3rd Floor<br>Wilmington, DE  19801 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs' attorneys.

Name and Address of Plaintiffs' Attorneys:

| | |
|---|---|
| **RAINES FELDMAN LLP**<br>Hamid R. Rafatjoo<br>Carollynn H.G. Callari<br>David S. Forsh<br>1350 Avenue of the Americas, 22nd Floor<br>New York, NY 10019-4801<br>Telephone:     (917) 790-7100<br>Email:  hrafatjoo@raineslaw.com<br>            ccallari@raineslaw.com<br>            dforsh@raineslaw.com | **PACHULSKI STANG ZIEHL & JONES LLP**<br>Laura Davis Jones (Bar No. 2436)<br>Timothy P. Cairns (Bar No. 4228)<br>Mary F. Caloway (Bar No. 3059)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email:  ljones@pszjlaw.com<br>            tcairns@pszjlaw.com<br>            mcaloway@pszjlaw.com |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

---

[1]  The Debtors, along with the last four digits of each Debtors' tax identification number, are Mariner Health Central, Inc. (6203), Parkview Holding Company GP, LLC (1536), and Parkview Operating Company, LP (7273).  The Debtors' headquarters are located at 3060 Mercer University Drive, Suite 200, Atlanta, GA 30341.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| United States Bankruptcy Court<br>824 Market Street, 6th Floor<br>Wilmington, DE  19801 | Courtroom No. 5<br><br>Date and Time: TBD |
|---|---|

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy**
**Court for the District of Delaware**              /s/ Una O'Boyle
Date:  October 4, 2022                                       Clerk of the Bankruptcy Court



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MARINER HEALTH CENTRAL, INC., *et al.*,[1] | Case No. 22-10877 (LSS) |
| Debtors. | (Jointly Administered) |
| MARINER HEALTH CENTRAL, INC., PARKVIEW HOLDING COMPANY GP, LLC, AND PARKVIEW OPERATING COMPANY, LP, | Adv. Proc. No. 22-50419 (LSS) |
| Plaintiffs. | |
| v. | |
| UNITED STATES OF AMERICA *ex rel.* INTEGRA MED ANALYTICS LLC, | |
| Defendant. | |

## NOTICE OF DISPUTE RESOLUTION ALTERNATIVES

As party to litigation you have a right to adjudication of your matter by a judge of this Court. Settlement of your case, however, can often produce a resolution more quickly than appearing before a judge. Additionally, settlement can also reduce the expense, inconvenience, and uncertainty of litigation.

There are dispute resolution structures, other than litigation, that can lead to resolving your case. Alternative Dispute Resolution (ADR) is offered through a program established by this Court. The use of these services are often productive and effective in settling disputes. **The purpose of this Notice is to furnish general information about ADR.**

The ADR structures used most often are mediation, early-neutral evaluation, mediation/arbitration and arbitration. In each, the process is presided over by an impartial third party, called the "neutral".

In mediation and early neutral evaluation, an experienced neutral has no power to impose a settlement on you. It fosters an environment where offers can be discussed and exchanged. In the process, together, you and your attorney will be involved in weighing settlement proposals and crafting a settlement. The Court in its Local Rules requires all ADR processes, except threat of a potential criminal action, to be confidential. You will not be prejudiced in the event a settlement is not achieved because the presiding judge will not be advised of the content of any of your settlement discussions.

Mediation/arbitration is a process where you submit to mediation and, if it is unsuccessful, agree that the mediator will act as an arbitrator. At that point, the process is the same as arbitration. You, through your counsel, will present evidence to a neutral, who issues a decision. If the matter in controversy arises in the main bankruptcy case or arises from a subsidiary issue in an adversary proceeding, the arbitration, though voluntary, may be binding. If a party requests *de novo* review of an arbitration award, the judge will rehear the case.

**Your attorney can provide you with additional information about ADR and advise you as to whether and when ADR might be helpful in your case.**

| | |
|---|---|
| Dated: October 4, 2022 | */s/ Una O'Boyle*<br>Clerk of the Court |

---

[1] The Debtors, along with the last four digits of each Debtors' tax identification number, are Mariner Health Central, Inc. (6203), Parkview Holding Company GP, LLC (1536), and Parkview Operating Company, LP (7273). The Debtors' headquarters are located at 3060 Mercer University Drive, Suite 200, Atlanta, GA 30341.

**CERTIFICATE OF SERVICE**

I, Priscilla Romero, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made October 4, 2022 by:

☒ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

**SEE ATTACHED SERVICE LIST**

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]                                                                                              (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: October 11, 2022

*/s/ Priscilla Romero*
Priscilla Romero
KCC
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

**CERTIFICATE OF SERVICE**

I, Priscilla Romero, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made October 4, 2022 by:

☒   Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

**SEE ATTACHED SERVICE LIST**

☐   Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐   Residence Service: By leaving the process with the following adult at:

☐   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐   Publication: The defendant was served as follows: [Describe briefly]

☐   State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]                                                                                                  (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: October 11, 2022

*/s/ Priscilla Romero*
Priscilla Romero
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

**Integra Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Integra Med Analytics, LLC | c/o Integra Research Group LLC | 1801 Lavaca Street, Suite 101 | | Austin | TX | 78701-1329 |
| Integra Med Analytics, LLC | John Griffin, Managing Member | 1801 Lavaca Street, Suite 101 | | Austin | TX | 78701-1329 |
| Integra Med Analytics, LLC | Miller Barondes LLP | Attn: Jason H. Tokor | 999 Ave. of the Stars, Suite 100 | Los Angeles | CA | 90067 |
| Integra Med Analytics, LLC | Reid Collins & Tsai, LLP | Attn: P. Jason Collins | 1301 S. Capital of Texas Hwy. #C300 | Austin | TX | 78746 |
| Integra Med Analytics, LLC | Reid Collins & Tsai, LLP | Attn: Jeremy H. Wells | 1301 S. Capital of Texas Hwy. #C300 | Austin | TX | 78746 |
| The State of California | c/o Carlotta R. Hivoral, Attorney General's Office | 1455 Frazee Road | Suite 315 | San Diego | CA | 92108-4304 |
| United States of America | c/o Kimberly Friday, U.S. Attorney's Office | 450 Golden Gate Avenue | Box 36055 | San Francisco | CA | 94102 |
| United States of America | c/o Michelle Lo, U.S. Attorney's Office | 450 Golden Gate Avenue | Box 36055 | San Francisco | CA | 94102 |