# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MARINER HEALTH CENTRAL, INC., *et al.*,[1]<br><br>            Debtors. | Chapter 11<br><br>Case No. 22-10877 (LSS)<br><br>(Jointly Administered) |
| MARINER HEALTH CENTRAL, INC., PARKVIEW HOLDING COMPANY GP, LLC, AND PARKVIEW OPERATING COMPANY, LP,<br><br>            Plaintiffs.<br><br>v.<br><br>FILIMON ARZETA, *et al.*<br><br>            Defendants | Adv. Pro. No. 22-50418 (LSS) |
| MARINER HEALTH CENTRAL, INC., PARKVIEW HOLDING COMPANY GP, LLC, AND PARKVIEW OPERATING COMPANY, LP,<br><br>            Plaintiffs.<br><br>      v.<br><br>UNITED STATES OF AMERICA ex rel. INTEGRA MED ANALYTICS LLC,<br><br>            Defendant. | Adv. Pro. No. 22-50419 (LSS) |

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are Mariner Health Central, Inc. (6203), Parkview Holding Company GP, LLC (1536), and Parkview Operating Company, LP (7273). The Debtors' headquarters are located at 3060 Mercer University Drive, Suite 200, Atlanta, GA 30341.

| | |
|---|---|
| MARINER HEALTH CENTRAL, INC., PARKVIEW HOLDING COMPANY GP, LLC, AND PARKVIEW OPERATING COMPANY, LP,<br><br>                              Plaintiffs.<br><br>     v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>                              Defendant. | Adv. Pro. No. 22-50420 (LSS) |

**ORDER GRANTING THE COMMITTEE'S MOTION TO CONTINUE HEARING ON MOTIONS OF THE DEBTORS FOR AN ORDER EXTENDING THE AUTOMATIC STAY, OR IN THE ALTERNATIVE GRANTING INJUNCTIVE RELIEF, TO STAY PROSECUTION OF CERTAIN ACTIONS AGAINST NON-DEBTOR AFFILIATES**

Having considered the Committee's motion to shorten (Motion to Shorten) the time for hearing with respect to the Committee's Motion to Continue Hearing on Motions of the Debtors for an Order Extending the Automatic Stay, or in the Alternative Granting Injunctive Relief, to Stay Prosecution of Certain Actions Against Non-Debtor Affiliates filed in the captioned adversary proceedings (Motion to Continue) and Debtors' response thereto, and for the efficiency of the Court and the proceedings:

IT IS HEREBY ORDERED THAT:

1. There is no need for a hearing on the Motion to Shorten.

2. The Motion to Continue is GRANTED.

3. In lieu of a hearing on the merits of Debtors' request for extension of the stay/injunctive relief, the Court will conduct a status conference immediately after the hearing on the motion to change venue. The parties should continue any discussions on appropriate/ needed discovery.

Dated: October 19, 2022

*(signature)*
Laurie Selber Silverstein
United States Bankruptcy Judge